# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSEPH CHRISTOPHER COLON, JIMMIE LEE BELLE, III, NATHANIEL RYDER SHIMMEL, CHRISTOPHER SHANE BROCK and ALFRED L. SHAVERS,**

        **Plaintiffs,**

**v.**                          **Case No: 6:21-cv-284-GKS-EJK**

**FLAGLER COUNTY DETENTION FACILITY,**

        **Defendant.**

_Joseph Christopher Colón_

## NOTICE OF A RELATED ACTION

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

_None._

    I further certify that I will serve a copy of this Notice of a Related Action upon each party no later than fourteen days after appearance of the party.

Dated: 2/18/2021

_Central Florida Reception Center 7000 HC Kelley Rd. Orlando FL. 38831-2518_

Counsel of Record or *Pro Se* Party
[Address and Telephone]